UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FSI FABRICATION, INC., a Washington Corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>SUPREME INTERNATIONAL, LTD., a Canadian Corporation,<br><br>    Defendant/Counterclaim Plaintiff. | No. 1:15-CV-3039-LRS<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Joint Motion to Dismiss (ECF No. 19) and Stipulation of the parties contained therein, **IT IS HEREBY ORDERED**:

1. The Joint Motion to Dismiss (**ECF No. 19**) is **GRANTED**.

2. The Clerk of the Court shall enter judgment of dismissal of the Complaint (ECF No. 1) and the claims therein *with prejudice* and the Counterclaims (ECF No. 8) *with prejudice* and without costs or fees to any party.

3. The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and CLOSE this file.

DATED this   8th   day of February, 2016.

   *s/Lonny R. Suko*
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1